

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jeffery David James, Appellant

No. 06-20-00021-CR      v.

The State of Texas, Appellee

Appeal from the 7th District Court of Smith County, Texas (Tr. Ct. No. 007-0352-19). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the bill of costs included an improper assessment of attorney fees. Therefore, we modify the bill of costs by deleting the $300.00 assessment for attorney fees and affirm the judgment of the trial court.

We note that the appellant, Jeffery David James, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 16, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk